IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



BRANDEN M. JOHNSON,

    Plaintiff,

v.                           Civil Action No. 3:19CV882

E. CARTER, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on December 5, 2019, the Court conditionally docketed the action. Branden M. Johnson requested leave to proceed in forma pauperis. By Memorandum Order entered on December 20, 2019, the Court directed Johnson to pay an initial partial filing fee of $0.90 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Johnson has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Johnson is not entitled to proceed in forma pauperis. Johnson's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Johnson.

                                          /s/       REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: January 23, 2020